## HARRIS v. STATE.
### No. 26066.

Court of Criminal Appeals of Texas.

Nov. 26, 1952.

## PARMER v. STATE.
### No. 26073.

Court of Criminal Appeals of Texas.

Nov. 26, 1952.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for murder with malice. By jury verdict his punishment was assessed at confinement in the penitentiary for life.

The record brought forward on appeal contains neither a statement of facts nor bills of exception. Nothing is presented for review by this court and all proceedings appear regular.

The judgment of the trial court is affirmed.